IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| JOSHUA SEEKINS | 3-19CR-563-M |

## INDICTMENT

The Grand Jury charges:

Count One
Possession of a Firearm and Ammunition by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about June 17, 2019, in the Dallas Division of the Northern District of Texas, the defendant, **Joshua Seekins**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: an Orion, 12 gauge flare launcher, modified to accept conventional shotgun cartridges, bearing no serial number; and one round of Monarch brand 12 gauge shotgun ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Indictment—Page 1

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Joshua Seekins**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following:

(1) an Orion, 12 gauge flare launcher, modified to accept conventional shotgun cartridges, bearing no serial number;

(2) one round of Monarch brand 12 gauge shotgun ammunition; and

(3) any other ammunition recovered with the firearm.

Case 3:19-cr-00563-M   Document 1   Filed 11/06/19   Page 3 of 4   PageID 3

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
SHANE READ
Assistant United States Attorney
Texas Bar No. 16623950
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Tel:   214-659-8688
Fax: 214-659-8805
Email: shane.read@usdoj.gov

Indictment—Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JOSHUA SEEKINS

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2))
Possession of a Firearm and Ammunition by a Convicted Felon
(Count 1)

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                      FOREPERSON

Filed in open court this 6 day of November, 2019.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending