IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:19-CR-563-M |
| JOSHUA SEEKINS | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, Joshua Seekins, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

  __x__   Crime of violence (18 U.S.C. §3156);

  _____   Maximum sentence life imprisonment or death

  _____   10 + year drug offense

  _____   Felony, with two prior convictions in above categories

  __x__   Serious risk defendant will flee

  _____   Serious risk obstruction of justice

  _____   Felony involving a minor victim

  _____   Felony involving a firearm, destructive device, or any other dangerous weapon

  _____   Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

 __X__ Defendant's appearance as required

 __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

 _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

 _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

 _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

 _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

 ____ At first appearance

 __x__ After continuance of __3__ day (not more than 3).

**Motion for Detention - Page 2**

DATED this 5th day of December, 2019.

                                      Respectfully submitted,

                                      ERIN NEALY COX
                                      UNITED STATES ATTORNEY
                                      NORTHERN DISTRICT OF TEXAS


                                      /s/ Shane Read
                                      SHANE READ
                                      Assistant United States Attorney
                                      Texas Bar No. 16623950
                                      1100 Commerce Street
                                      Suite 300
                                      Dallas, Texas 75242
                                      Telephone:  214,659.8688
                                      Facsimile:  817-252-5455
                                      E-mail: shane.read@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the 5th day of December, 2019, I filed this motion with the United States District Clerk for the Northern District of Texas and a copy will be electronically served on the attorney of record in accordance with the Federal Rules of Criminal Procedure.

                /s/ Shane Read
                SHANE READ
                Assistant United States Attorney