PROB 22  
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 3:19CR00563-1 |
| DOCKET NUMBER *(Rec. Court)* |
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Joshua Stephen Seekins<br>807 8th Street<br>Altavista, Virginia 24517 | Northern District of Texas | Dallas |
| | NAME OF SENTENCING JUDGE | |
| | Senior United States Judge Barbara M.G. Lynn | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/05/2024 | TO 06/04/2027 |

**OFFENSE**  
18 U.S.C §§ 922(g)(1) and 924(a)(2) Possession of Ammunition by a Convicted Felon

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)  
Mr. Seekins plans to stay in Virginia

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __Texas__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __WESTERN DISTRICT OF VIRGINIA__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

__1-8-25__  
Date

__[signature]__  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __WESTERN__ DISTRICT OF __VIRGINIA__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 13, 2025  
Effective Date

United States District Judge

1